In the Matter of GRAMOTT CORPORATION, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

Argued February 21, 1939; decided March 7, 1939.

*Francis B. Delehanty, Jr., Harold H. Corbin* and *S. Weldon O'Brien* for appellant.

*John J. Bennett, Jr., Attorney-General* (*Edward J. Gretchen* and *Henry Epstein* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.